Stephen M. Kramarsky (SK-6666)
DEWEY PEGNO & KRAMARSKY LLP
220 E. 42nd Street
New York, NY 10017
(212) 943-9000
*Attorneys for plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEWTOWN SALES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> SONAX GmbH & CO. KG, <br><br> Defendant. | No. 07 Civ. 9226 (NRB) <br><br> ECF Case |

### NOTICE OF MOTION TO APPEAR PRO HAC VICE

PLEASE TAKE NOTICE THAT, upon the annexed affirmation of Stephen M. Kramarsky, and upon all of the proceedings heretofore had herein, plaintiff Newtown Sales, Inc. will move, as provided by Local Civil Rule 6.1(b), at the United States Courthouse, 500 Pearl Street, New York, New York, before the Honorable Naomi R. Buchwald, United States District Judge, for an order pursuant Local Civil Rule 1.3(c) admitting Adam Arceneaux, member in good standing of the Bar of the State of Indiana, *pro hac vice* to practice in this Court as Counsel for Newtown Sales, Inc. in this action, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
October 22, 2007

                                 DEWEY PEGNO & KRAMARSKY LLP

                                 By     /s/ Stephen M. Kramarsky
                                       Stephen M. Kramarsky (SK-6666)

                               220 East 42nd Street
                               New York, NY 10017
                               (212) 943-9000

                               *Attorneys for plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
: 
NEWTOWN SALES, INC,                     :       No. 07 Civ. 9226 (NRB)
             Plaintiff,                 :
                                        :       ECF Case
                                        :
        -against-                       :
                                        :
SONAX GmbH & CO. KG,                    :
                                        :
             Defendant.                 :
------------------------------------------------------------- x

   KAMANI SINGH affirms under penalty of perjury that:

   1.   I am over the age of eighteen years, not a party to this action, and an employee of

the firm of Dewey Pegno & Kramarsky LLP, counsel for Plaintiff Newton Sales, Inc.

   2.   On the 22nd day of October 2007, I caused a copy of the foregoing **Notice of

Motion to Appear Pro Hac Vice** to be served by hand delivery on:

   Henry Roske, Esq.
   Bagg Roske & Associates LLP
   500 Fifth Avenue, Suite 4810
   New York, NY 10110

Dated:  New York, New York
        October 22, 2007


                                                  _____s/ Kamani Singh_____
                                                        Kamani Singh