Stephen M. Kramarsky (SK-6666)
DEWEY PEGNO & KRAMARSKY LLP
220 E. 42nd Street
New York, NY 10017
(212) 943-9000
*Attorneys for plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEWTOWN SALES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> SONAX GmbH & CO. KG, <br><br> Defendant. | No. 07 Civ. 9226 (NRB) <br><br> ECF Case |

### AFFIRMATION OF STEPHEN M. KRAMARSKY IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

STEPHEN M. KRAMARSKY, an attorney admitted to practice in the Courts of the State of New York and this Court, affirms as follows under the penalties of perjury:

1. I am a member of Dewey Pegno & Kramarsky LLP, counsel to plaintiff Newtown Sales, Inc. ("Newtown") in this action. I make this application in support of Newtown's motion to admit Adam Arceneaux *pro hac vice* to appear on behalf of it in this action.

2. Mr. Arceneaux is a resident of Indiana and a member of the law firm of Ice Miller LLP. He has been licensed to practice law in the State of Indiana since October 1993. Mr. Arceneaux's business address is One American Square, Suite 3100, Indianapolis, IN, 46282-0200.

3. Mr. Arceneaux has not been disciplined by any Court or any administrative body, nor is he the subject of any pending disciplinary proceeding.

4. A certificate showing that Adam Arceneaux is a member in good standing of the Bar of the State of Indiana is attached hereto as Exhibit A.

5. A Proposed Order Granting Newtown Sales, Inc's Motion to Appear Pro Hac Vice is attached hereto as Exhibit B.

WHEREFORE, plaintiff Newtown Sales, Inc. respectfully requests that Adam Arceneaux be allowed to appear before this Court as co-counsel *pro hac vice*, and that it be granted such other and further relief to which it may show itself to be justly entitled.

Dated: New York, New York
October 22, 2007

DEWEY PEGNO & KRAMARSKY LLP

By     /s/ Stephen M. Kramarsky
    Stephen M. Kramarsky (SK-6666)

220 East 42nd Street
New York, NY 10017
(212) 943-9000

*Attorneys for plaintiff*

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

_____ADAM ARCENEAUX_____

is a member of the bar of said Court since admission on

_____OCTOBER 22nd 1993_____, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this __19th__ day of __OCTOBER__, 20 __07__.

*Kevin S. Smith*

KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                         :
NEWTOWN SALES, INC,                                      :    No. 07 Civ. 9226 (NRB)
                                 Plaintiff,              :
                                                         :    ECF Case
                                                         :
         -against-                                       :
                                                         :
SONAX GmbH & CO. KG,                                     :
                                                         :
                                 Defendant.              :
                                                         x
--------------------------------------------------------

      KAMANI SINGH affirms under penalty of perjury that:

      1.     I am over the age of eighteen years, not a party to this action, and an employee of the firm of Dewey Pegno & Kramarsky LLP, counsel for Plaintiff Newton Sales, Inc.

      2.     On the 22nd day of October 2007, I caused a copy of the foregoing **Affirmation of Stephen M. Kramarsky In Support of Motion to Appear Pro Hac Vice** to be served by hand delivery on:

      Henry Roske, Esq.
      Bagg Roske & Associates LLP
      500 Fifth Avenue, Suite 4810
      New York, NY 10110

Dated:  New York, New York
           October 22, 2007

                                                          s/ Kamani Singh
                                                           Kamani Singh