# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

    I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

<u>          ADAM ARCENEAUX          </u>

is a member of the bar of said Court since admission on <u>OCTOBER 22nd 1993</u>, and is in good standing therein.

    GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this <u>19th</u> day of <u>OCTOBER</u>, 20 <u>07</u>.

*[signature]*

KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA