UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEWTOWN SALES, INC., <br><br>              Plaintiff, <br><br> -against- <br><br> SONAX GmbH & CO. KG, <br><br>              Defendant. | No. 07 Civ. 9226 (NRB) <br><br> ECF Case |

### [PROPOSED] ORDER GRANTING NEWTOWN SALES, INC.'S MOTION TO APPEAR PRO HAC VICE

WHEREAS, on October 22, 2007, Newtown Sales, Inc. moved this Court for an order to admit Adam Arceneaux *pro hac vice* to appear on behalf of it in this action, it is hereby

**ORDERED** that, Adam Arceneaux is admitted *pro hac vice* to appear on behalf of Newtown Sales, Inc. in this action.

Dated: New York, New York
       October ___, 2007

_____
Naomi R. Buchwald
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
NEWTOWN SALES, INC,                                          :    No. 07 Civ. 9226 (NRB)
                            Plaintiff,                       :
                                                             :    ECF Case
                                                             :
            -against-                                        :
                                                             :
SONAX GmbH & CO. KG,                                         :
                                                             :
                            Defendant.                       :
                                                             x
------------------------------------------------------------

   KAMANI SINGH affirms under penalty of perjury that:

   1.   I am over the age of eighteen years, not a party to this action, and an employee of the firm of Dewey Pegno & Kramarsky LLP, counsel for Plaintiff Newton Sales, Inc.

   2.   On the 22nd day of October 2007, I caused a copy of the foregoing **[Proposed] Order Granting Newtown Sales, Inc.'s Motion to Appear Pro Hac Vice** to be served by hand delivery on:

   Henry Roske, Esq.
   Bagg Roske & Associates LLP
   500 Fifth Avenue, Suite 4810
   New York, NY 10110

Dated:  New York, New York
        October 22, 2007

                                                    _____s/ Kamani Singh_____
                                                           Kamani Singh