UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEWTOWN SALES, INC.,

            Plaintiff,

-against-

SONAX GmbH & CO. KG,

           Defendant.

Index No. 07 CV 9226 (NRB)
ECF

[PROPOSED] ORDER
GRANTING PRELIMINARY
INJUNCTION

---

WHEREAS, plaintiff Newtown Sales, Inc. moved for a temporary restraining order and preliminary injunctive relief before the United States District Court for the Northern District of Illinois on September 27, 2007; and

WHEREAS, the United States District Court for the North District of Illinois on October 2, 2007 issued an order temporarily restraining and prohibiting Defendant from terminating the Distributorship Agreement between parties and taking any action inconsistent with its obligations under the Distributorship Agreement (the "Temporary Restraining Order"); and

WHEREAS, this Court issued an order extending the temporary restraining order until October 29, 2007; and

WHEREAS, this Court held a hearing on Plaintiff's application for a preliminary injunction on October 24, 2007, at which time, as set forth on the record of that hearing, Plaintiff demonstrated the need for preliminary injunctive relief and also demonstrated, upon evidence given and the submitted legal memorandum, that this Court has personal jurisdiction over Defendant,

NOW THEREFORE IT IS HEREBY ORDERED that:

Pending a final decision on the merits of Plaintiff's claims, Defendant and those acting in concert with it are enjoined from engaging in the following activities:

1. terminating the Distribution Agreement; and
2. taking any action inconsistent with its obligations under the Distribution Agreement.

Dated this 26th day of October
New York, New York.

_____
Hon. Naomi R. Buchwald
U.S.D.J.