Case 1:07-cv-09226-NRB   Document 8   Filed 11/06/2007   Page 1 of 1



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEWTOWN SALES, INC.,

          Plaintiff,

-against-

SONAX GmbH & CO. KG,

          Defendant.

No. 07 Civ. 9226 (NRB)

ECF Case

### [PROPOSED] ORDER GRANTING NEWTOWN SALES, INC.'S MOTION TO APPEAR PRO HAC VICE

WHEREAS, on October 22, 2007, Newtown Sales, Inc. moved this Court for an order to admit Adam Arceneaux *pro hac vice* to appear on behalf of it in this action. it is hereby

ORDERED that, Adam Arceneaux is admitted *pro hac vice* to appear on behalf of Newtown Sales, Inc. in this action *upon payment of the required fee*.

Dated: New York, New York
      October 5, 2007
      November

                                  Naomi R. Buchwald
                                  United States District Judge