01/04/2008  13:46    2125844233                    BAGG ROSKE                    Buckwald, T

PAGE  02/03

Stephen M. Kramarsky (SK-6666)
DEWEY PEGNO & KRAMARSKY LLP
220 East 42nd Street
New York, NY 10017
(212) 943-9000
*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEWTOWN SALES, INC.,

                Plaintiff,

    -against-

SONAX GmbH & CO. KG,

                Defendant.

No. 07-CV-9226 (NRB)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys for the parties in the above-captioned action, that Plaintiff's time to serve and file its

response to the counterclaim of Defendant, originally due on January 7, 2008, is hereby extended

to February 4, 2008.

Dated: New York, New York
       January 4, 2008

DEWEY PEGNO & KRAMARSKY LLP

By _____
     Stephen M. Kramarsky (SK-6666)
220 E. 42nd St.
New York, New York  10017
(212) 943-9000
     and
Adam Arceneaux *(pro hac vice)*
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN 46282
*Attorneys for Plaintiff*

BAGG ROSKE & ASSOCIATES LLP

By _____
     Moritz Schumann (MS-4973)
500 Fifth Avenue, Suite 4810
New York, NY 10110
(212) 584-4230
*Attorneys for Defendant*

So Ordered

Hon. Naomi R. Buchwald

, 1/4/08