02/04/2008 19:35   2125944233   BAGG ROSKE   PAGE 02/03

Stephen M. Kramarsky (SK-6666)
DEWEY PEGNO & KRAMARSKY LLP
220 East 42nd Street
New York, NY 10017
(212) 943-9000
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEWTOWN SALES, INC., <br><br>　　　　　　　　Plaintiff, <br><br>　-against- <br><br>SONAX GmbH & CO. KG, <br><br>　　　　　　　　Defendant. | No. 07-CV-9226 (NRB) |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in the above-captioned action, that Plaintiff's time to serve and file its response to the counterclaim of Defendant, currently due on February 4, 2008, is hereby extended to March 7, 2008.

Dated: New York, New York
　　　　February 4, 2008

DEWEY PEGNO & KRAMARSKY LLP

By _____
　　　Stephen M. Kramarsky (SK-6666)
220 E. 42nd St.
New York, New York 10017
(212) 943-9000
　　and
Adam Arceneaux *(pro hac vice)*
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN 46282
*Attorneys for Plaintiff*

BAGG ROSKE & ASSOCIATES LLP

By _____
　　　Moritz Schumann (MS-4973)
500 Fifth Avenue, Suite 4810
New York, NY 10110
(212) 584-4230
*Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J.   2/5/08