```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
NEWTOWN SALES, INC.

                    Plaintiff,                    O R D E R

        - against -                               07 Civ. 9226 (NRB)

SONAX GmbH & CO. KG,

                    Defendant.
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 45 days.

DATED:    New York, New York
             February 29, 2008

                                              NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE