# DEWEY PEGNO & KRAMARSKY LLP

220 EAST 42ND STREET
NEW YORK, NEW YORK 10017

(212) 943-9000
FACSIMILE: (212) 943-4325
WWW.DPKLAW.COM

THOMAS E L DEWEY
DAVID S PEGNO
STEPHEN M. KRAMARSKY
KEARA A BERGIN
JENIFER L. SALZBERG

TAMARA L. BOCK
ARIEL P. CANNON
DEBBIE KLEIN
WENDY J. REISMAN


USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/16/08

April 11, 2008

BY HAND

Hon. Naomi R. Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007

Re: <u>Newtown Sales, Inc. v. Sonax GmbH & Co. KG, Index No. 07 CV 9226</u>

Dear Judge Buchwald:

We represent plaintiff Newtown Sales, Inc. in the above-referenced action. Despite our best efforts, the parties have not yet finalized a settlement agreement. We therefore apply to the Court, pursuant to the Court's Order of February 29, 2008, to reinstate the case. We further request that the Court set a conference at its earliest convenience at which the parties be compelled to attend in person.

Respectfully Submitted,

Stephen M. Kramarsky

*[Handwritten note:] A conference is scheduled for May 5, 2008 at 4:00 p.m. So Ordered. [signature] USDJ 4/16/08*

cc: Henry Roske, Esq.
Adam Arcenaux, Esq.