```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
NEWTOWN SALES, INC.

                Plaintiff,

        - against -

SONAX GmbH & CO. KG,

                Defendant.
---------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

O R D E R

07 Civ. 9226 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on February 29, 2008 we dismissed this case because it had been reported to the Court that the parties had settled; and

**WHEREAS** the parties had not actually finalized settlement, and this Court held a subsequent conference on May 5, 2008, at which the parties agreed to pursue final settlement negotiations; and

**WHEREAS** plaintiff has since agreed to dismiss this action with prejudice; and

**WHEREAS** defendant agrees to the dismissal, but has indicated that it intends to file a motion for fees and costs pursuant to Fed. R. Civ. P. 11(c)(2); it is hereby

**ORDERED** that this case is dismissed with prejudice. This Order is not intended to address any contemplated Rule 11 motion.

DATED:   New York, New York
         August 4, 2008

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE